UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

| | |
|---|---|
| VICENTE BETANCOURT and §<br>REYES BETANCOURT-MEDRANO, §<br>  §<br>    Plaintiffs, §<br>  §<br>v. §<br>  § CIVIL NO: 15-cv-00858-KG-LAM<br>CODY SHIFLETT ONIONS, LLC, §<br>and CODY SHIFLETT, individually, §<br>  §<br>    Defendants. § | |

## ORDER OF DISMISSAL

Having reviewed the Parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this Court finds as follows:

It is HEREBY ORDERED, ADJUDGED, and DECREED that:

A.   All of Plaintiffs' claims shall be and hereby are dismissed with prejudice.

B.   This case is not a class action.

C.   A receiver has not been appointed in this action.

D.   Plaintiffs have not previously dismissed an action based on or including the same claims as presented in this suit.

E.   All costs of court and attorneys' fees shall be paid by the party incurring same.

F.   Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and *Kokkonen v. Guardian Life Insur. Co. of America,* 511 U.S. 375 (1994), this Court shall have and retain supplemental and/or ancillary jurisdiction for the purposes of enforcing the settlement agreement between and among the parties, as this settlement agreement will affect the disposition of the underlying suit and

enforcement of this settlement agreement will enable the Court to function effectively, manage its proceedings, vindicate its authority, and effectuate its decrees.

G. All the matters set forth above shall be deemed just and proper.

_____
UNITED STATES DISTRICT JUDGE